1

2                                                                  Hon. David G. Estudillo

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                    WESTERN DISTRICT OF WASHINGTON

9                                  AT TACOMA

10   KEIKO HARADA,                              Case No. 3:23-cv-06061-DGE

11                               Plaintiff,

                                                STIPULATED MOTION FOR SECOND
12              v.                              EXTENSION OF TIME TO FILE
                                                RESPONSIVE PLEADING TO
13   EXPERIAN INFORMATION SOLUTIONS,            COMPLAINT, AND ORDER
     INC., an Ohio Corporation, and EQUIFAX
14   INFORMATION SERVICES, LLC, a Georgia       Note on Motion Calendar:  December 18, 2023
     Limited Liability Company,
15
                                Defendants.
16

17

18          Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and

19   pursuant to Local Rules 7 and 10 of the Western District of Washington, moves for a second

20   extension of time in which to answer or otherwise respond to the Complaint in this matter. It is

21   stipulated and agreed to by and among counsel, that Defendant Equifax Information Services

22   LLC's time to answer, move or otherwise respond to the Complaint in this action is extended

23   from December 27, 2023 through and including January 26, 2024.  In support of its Motion,

24   defendant states:

25

26

27

**STIPULATED MOTION FOR EXTENSION and ORDER- 1**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

1      1.      On November 1, 2023, plaintiff Keiko Harada served an unfiled Complaint from

2  Pierce County Superior Court, on defendant Equifax.

3      2.      Equifax removed this matter to the U.S. District Court of the Western District of

4  Washington on November 20, 2023.

5      3.      Plaintiff and defendant Equifax filed a stipulated motion for a first extension,

6  making Equifax's responsive pleading currently due December 27, 2023.

7      4.      On December 18, 2023, counsel for Equifax conferred with plaintiff's counsel to

8  confirm that plaintiff had no objection to a second extension,  extending Equifax's deadline to

9  answer or respond to plaintiff's Complaint by 30 days.  Plaintiff's counsel confirmed that

10  plaintiff consents to Equifax's requested extension.

11      5.      Thus, to allow Equifax additional time to investigate plaintiff's allegations and to

12  engage in informal settlement discussions with plaintiff's counsel, Equifax respectfully requests

13  this second and final extension of time to answer or otherwise respond to plaintiff's Complaint

14  through and including January 26, 2024.

15      6.      This motion is filed before Equifax's response to plaintiff's Complaint is due.

16  Equifax's request is not sought for the purpose of delay, nor will the additional time adversely

17  affect the just, speedy, and inexpensive determination of this action.  See Fed. R. Civ. P. 1.

18      7.      This motion is filed in good faith and is supported by good cause.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

**STIPULATED MOTION FOR EXTENSION and ORDER- 2**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

1    WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the

2  time for Equifax to answer or otherwise respond to plaintiff's Complaint through and including

3  January 26, 2024.

4         DATED:  December 18, 2023.        MARKOWITZ HERBOLD PC

5

6
                                           *s/ Jeffrey M. Edelson*
7                                          Jeffrey M. Edelson, WSBA #37361
                                           JeffEdelson@MarkowitzHerbold.com
8                                          1455 SW Broadway, Suite 1900
                                           Portland, OR 97201
9                                          Telephone: (503) 295-3085
                                           *Attorneys for Defendant Equifax Information Services,*
10                                         *LLC*

11

12

13
                                           ROBERT MITCHELL ATTORNEY AT LAW, PLLC
14
                                           */s/ Robert Mitchell*
15                                         Robert Mitchell
                                           Robert Mitchell Attorney at Law, PLLC
16                                         1020 N. Washington St
                                           Spokane, WA 99201
17                                         P: (509)327-2224
                                           bobmitchelllaw@gmail.com
18

19                                         *Attorney for Plaintiff*

20

21
   2078557.1
22

23

24

25

26

27

**STIPULATED MOTION FOR EXTENSION and ORDER- 3**

1

2

**ORDER**

3      Based upon the foregoing Stipulated Motion for Second Extension of Time to Answer or

4   Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

5          1.      The Stipulated Motion is GRANTED and ACCEPTED by the Court.

6          2.      Defendant Equifax Information Services, LLC shall answer or otherwise respond

7   to the Complaint by January 26, 2024.

8

9          DATED : January 3, 2024.

10

11

12

_____
David G. Estudillo
United States District Judge

13

14

15

16      Presented by:

17      *s/Jeffrey M. Edelson*

18   _____
Jeffrey M. Edelson, WSBA #37361
19   JeffEdelson@MarkowitzHerbold.com

20      Attorney for Defendant Equifax Information
Services, LLC

21

22

23

24

25

26

27

**STIPULATED MOTION FOR EXTENSION and ORDER- 4**

1

**ATTORNEY CERTIFICATE OF SERVICE**

2      I hereby certify that on December 18, 2023, I have made service of the foregoing

3   STIPULATED MOTION FOR SECOND EXTENSION OF TIME and ORDER on the parties

4   listed below in the manner indicated:

5   Robert Mitchell                              ☐   U.S. Mail
    Robert Mitchell, Attorney at Law, PLLC       ☐   Facsimile
6   1020 N Washington Street                     ☐   Hand Delivery
    Spokane, WA 99201                            ☐   Overnight Courier
7   *Attorneys for Plaintiff*                    ☒   Electronically via USDC CM/ECF
                                                     system
8                                                ☐   Email: bobmitchellaw@gmail.com

9   Rachel D. Groshong                           ☐   U.S. Mail
    Stoel Rives LLP                              ☐   Facsimile
10  600 University St, Suite 3600                ☐   Hand Delivery
    Seattle, WA 98101                            ☐   Overnight Courier
11                                               ☒   Electronically via USDC CM/ECF
                                                     system
12  *Attorneys for Defendant Experian*           ☐   Email: rachel.groshong@stoel.com

13  Angela M. Taylor                             ☐   U.S. Mail
    JONES DAY                                    ☐   Facsimile
14  3161 Michelson Drive, Suite 800              ☐   Hand Delivery
    Irvine, CA 92612                             ☐   Overnight Courier
15                                               ☒   Electronically via USDC CM/ECF
                                                     system
16  *Pro Hac Vice admission for Defendant        ☐   Email: Angelataylor@jonesday.com
    Experian*

17

18      DATED:  December 18, 2023.

19
                                    MARKOWITZ HERBOLD PC
20
21                                   *s/ Jeffrey M. Edelson*
                                    Jeffrey M. Edelson, WSBA #37361
22                                  JeffEdelson@MarkowitzHerbold.com
                                    1455 SW Broadway, Suite 1900
23                                  Portland, OR 97201
                                    Telephone: (503) 295-3085
24                                       *Attorneys for Defendant Equifax
                                          Information Services, LLC*
25
26
27

**STIPULATED MOTION FOR EXTENSION and ORDER- 5**